No. 77, Misc.  KRZYWOSZ *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.  Petitioner *pro se.* *Carman F. Ball* for respondent.

No. 90, Misc.  MARSH *v.* KROPP, WARDEN.  Supreme Court of Michigan.  Certiorari denied.  Petitioner *pro se.  Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *James R. Ramsey,* Assistant Attorney General, for respondent.

No. 91, Misc.  CLARK *v.* PEPERSACK, WARDEN.  Court of Appeals of Maryland.  Certiorari denied.

No. 94, Misc.  TAHTINEN *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.  Petitioner. *pro se.  Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack K. Weber,* Deputy Attorney General, for respondent.

No. 95, Misc.  McLAIN *v.* RANDOLPH, WARDEN.  Circuit Court of Randolph County, Illinois.  Certiorari denied.  Petitioner *pro se.  William G. Clark,* Attorney General of Illinois, for respondent.

No. 96, Misc.  MATNEY *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.  Supreme Court of Florida.  Certiorari denied.  Petitioner *pro se.  Richard W. Ervin,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

No. 97, Misc.  SWEENEY *v.* RANDOLPH, WARDEN.  Circuit Court of Morgan County, Illinois.  Certiorari denied.  Petitioner *pro se.  William G. Clark,* Attorney General of Illinois, for respondent.